


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

April 1, 2013

**BY HAND**

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>United States v. John Doe et al., 13 Mag. 852</u>

Dear Judge Smith:

    The Government respectfully requests that the above-referenced complaint be unsealed at the time that all defendants named in the complaint have been arrested.

    Thank you for your consideration of this matter.

                                 Respectfully,

                                 PREET BHARARA
                                 United States Attorney

               By:    _____
                               Douglas B. Bloom
                               Assistant United States Attorney
                               (914) 993-1934 (phone)
                               (914) 993-9036 (fax)

SO ORDERED:

_____
HONORABLE LISA MARGARET SMITH
UNITED STATES MAGISTRATE JUDGE